■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RIVERA, Appellant. [817 NYS2d 919]—

Appeal by the defendant from a judgment of the Supreme

Court, Queens County (Dunlop, J.), rendered March 16, 2004, convicting him of robbery in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's current contention that a juror was incompetent, unable to perceive information accurately, and unfit to serve, is unpreserved for appellate review (*see People v Gray,* 86 NY2d 10, 19 [1995]). The defendant failed to alert the trial court to his specific claims (*see People v Gray, supra* at 19; *People v Wall,* 248 AD2d 650 [1998]; *People v Maldonado,* 237 AD2d 463 [1997]), and the trial court made no specific or express findings concerning those claims (*see* CPL 470.05 [2]; *cf. People v Edwards,* 95 NY2d 486, 491 [2000]; *People v Parson,* 282 AD2d 477, 478 [2001]). In any event, there is no evidence in the record that the juror demonstrated incompetency or incapacity that called into question his ability to serve as a juror (*see generally People v Guzman,* 76 NY2d 1, 5 [1990]; *People v Pagan,* 191 AD2d 651 [1993]; *cf. People v Leader,* 285 AD2d 823, 824 [2001]), and render an impartial verdict (*People v Rodriguez,* 100 NY2d 30, 34-36 [2003]), or that a substantial right of the defendant was prejudiced (*see* CPL 330.30 [2]; *People v Rodriguez, supra* at 34-36; *People v Ceresoli,* 88 NY2d 925, 926 [1996]; *People v Irizarry,* 83 NY2d 557, 561 [1994]; *People v Clark,* 81 NY2d 913, 914-915 [1993]). Schmidt, J.P., Santucci, Luciano and Covello, JJ., concur.